UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 20, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Captain Manjit Sangha, | § |
| Plaintiff, | § |
| versus | §    Civil Action H-16-2613 |
| Navig8 Shipmanagement, Pte. Ltd., et al., | § |
| Defendants. | § |

# Final Dismissal

1. Captain Manjit Sangha's motion for approval to conduct three depositions is denied. (21)

2. Sangha's motion to remand is denied. (12)

3. This case is dismissed for want of jurisdiction. (6) (18)

Signed on January 20, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge