UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Manjit Sangha, | § | CIVIL ACTION NO. 4:16-cv-02613 |
| | § | |
| V. | § | |
| | § | |
| Navig8 Ship Management PTE LTD., et al. | § | |
| | § | JURY TRIAL DEMANDED |

**Plaintiff Manjit Sangha's Notice of Appeal**

Plaintiff Manjit Sangha files this Notice of Appeal and would show as follows:

Pursuant to the Federal Rules of Appellate Procedure and Federal Rules of Civil Procedure, Plaintiff Manjit Sangha appeals to the United States Court of Appeals for the Fifth Circuit from the January 20, 2017 Opinion on Jurisdiction (Doc. No. 23), January 20, 2017 Final Dismissal (Doc. No. 24), and from all other orders or rulings of the Court necessary to, supporting, or relating to and made final by them.

Respectfully submitted,

_____
MICHAEL PATRICK DOYLE
SBOT No. 06095650
PATRICK M. DENNIS
SBOT No. 24045777
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Phone: (713) 571-1146
Fax:  (713) 571-1148

service@doylelawfirm.com

**THE NIGAM LAW FIRM, PLLC**

*/s/ Anjali Nigam*
Anjali Nigam
State Bar No. 24033592
2118 Smith St.
Houston, Texas 77002
713-609-1234 – Telephone
713-609-1234 – Facsimile
anjali@nigamlawfirm.com\

**ATTORNEYS FOR PLAINTIFF
MANJIT SANGHA**

<u>**CERTIFICATE OF SERVICE**</u>

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to counsel of record on this the 14th day of February, 2017, via ECF, hand delivery, overnight courier, U.S. Mail, certified mail, return receipt request, or facsimile, pursuant to the Federal Rules of Civil Procedure.

_____
**MICHAEL PATRICK DOYLE**

## CERTIFICATE OF CONFERENCE

    I, the undersigned attorney, do hereby certify pursuant to LR 7.1(D) that after conferring with counsel for Defendant Navig8, counsel cannot agree to the disposition of the Motion. Counsel for Defendant Navig8 is not opposed if the Court wishes to conduct any further conference.

_____
**MICHAEL PATRICK DOYLE**