IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-20093

D.C. Docket No. 4:16-CV-2613

CAPTAIN MANJIT SANGHA,

    Plaintiff - Appellant

v.

NAVIG8 SHIPMANAGEMENT PRIVATE LIMITED,

    Defendant - Appellee

United States Court of Appeals
Fifth Circuit
**FILED**
February 5, 2018
Lyle W. Cayce
Clerk

United States District Court
Southern District of Texas
**FILED**
FEB 2 7 2018
David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas

Before STEWART, Chief Judge, and JOLLY and OWEN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Feb 27, 2018

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 27, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

No. 17-20093   Manjit Sangha v. Navig8 Shipmanagement  
USDC No. 4:16-CV-2613

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
James deMontluzin, Deputy Clerk  
504-310-7679

cc:  
    Mr. Michael Patrick Doyle  
    Mr. Douglas L. Grundmeyer  
    Ms. Anjali Nigam  
    Mr. Ivan Mauricio Rodriguez  
    Mr. Harold Kemler Watson